█ BENJAMIN KOROBKIN, Respondent, v. SOL CHALEK, Appellant.— In an action to recover damages for breach of a contract of employment, the appeal is from an order (1) granting a motion to vacate and set aside an order of an Official Referee dismissing the complaint for respondent's failure to appear on an adjourned date to continue his examination before trial and to produce certain records as directed by the Official Referee to whom the continuation of the examination had been referred by an order dated March 5, 1958 on the stipulation of the parties, and (2) remitting the matter to the Official Referee for continuation of the examination as provided by the order of reference. Order affirmed, with $10 costs and disbursements. By the stipulation and order based thereon the Official Referee was empowered only to preside at an examination before trial and to rule on objections. He had no power to dismiss the complaint, and furthermore such action could only be taken by the court on notice to the respondent. (Civ. Prac. Act, § 299.) Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur. [13 Misc 2d 582.]

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PERCY DABNEY, Appellant.— Appeal from an order of the County Court, Kings County, denying appellant's application in the nature of a writ of error *coram nobis* to vacate a judgment of said court rendered on January 19, 1953 convicting him, upon his plea of guilty, of grand larceny in the second degree and sentencing him, as a second felony offender, to serve from 9½ to 10 years. Order unanimously affirmed. No opinion. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

█ I. STANLEY ROSENTHAL, Appellant, v. HARRY HORLICK et al., Respondents.— In an action by the vendee named in a contract for the purchase and sale of real property to recover the down payment made on the signing of the contract, to adjudge that he has a lien upon the real property, and to foreclose said lien, the appeal is from an order, *inter alia*, denying the vendee's motion to strike out the answer and for summary judgment pursuant to rule 113 of the Rules of Civil Practice. Order affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.